IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14–11–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| DEBRA A. MCKINNEY, | |
| Defendant. | |

The United States having filed an Unopposed Motion to Dismiss Revocation Petition (Doc. 52),

IT IS ORDERED that the United States' Motion (Doc. 52) is GRANTED. The pending revocation petition in this case (Doc. 45) is DISMISSED.

DATED this 14th day of August, 2018.

Dana L. Christensen, Chief District Judge
United States District Court